221 So.2d 517

**Giles A. WALLACE**

v.

**FIDELITY NATIONAL BANK.**

No. 49753.

April 25, 1969.

In re: Fidelity National Bank applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 219 So.2d 342.

Writ refused. The result is correct.